UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR G.H. DEVORE III,

                         Plaintiff,

              -against-

ALEJANDRO N. MAYORKAS,
SECRETARY, DHS, FEDERAL
EMERGENCY MANAGEMENT AGENCY,

                         Defendant.

23-CV-3821 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated May 9, 2023, the Court denied Plaintiff's application to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees, and directed him, within thirty days, to pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to terminate all pending motions and enter judgment in this action.

SO ORDERED.

Dated:    June 20, 2023
          New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge